

The following constitutes
the order of the court. Signed March 5, 2015

*Stephen L. Johnson* (signature)

Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CHIKAKO K. CUTLIP,<br><br>        Debtor. | Case No. 14-54409<br>Ch. 13 |
| CHIKAKO K. CUTLIP,<br><br>        Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUSTEE COMPANY,<br><br>        Defendant. | A.P. No. 14-05131 |

## ORDER DENYING EX PARTE REQUEST FOR
## TEMPORARY RESTRAINING ORDER

On February 19, 2015, Plaintiff filed an *Ex Parte* Request for Temporary Restraining Order, requesting a temporary restraining order until such time when the motion for preliminary injunction can be heard. Plaintiff seeks injunctive relief to enjoin Defendant from enforcing a writ of possession on Plaintiff's residence for the duration of this proceeding.

ORDER DENYING REQUEST FOR TRO

-1-

The court having granted Defendant's Motion to Dismiss concurrently herewith,

IT IS HEREBY ORDERED that the Request for Temporary Restraining Order is DENIED as moot.

**\*\*\* END OF ORDER \*\*\***

ORDER DENYING REQUEST FOR TRO

Case: 14-05131    Doc# 27    Filed: 03/05/15    Entered: 03/05/15 15:34:42    Page 2 of 3

**COURT SERVICE LIST**

Chikako K. Cutlip

619 Union Ave.

Campbell, CA 95008

**[ECF Recipients]**

ORDER DENYING REQUEST FOR TRO